## No. 2.

**BAILEY** *against* **FAIRFIELD.** *Franklin*, 1818.

USE of a road, by travel, will not make it a public highway.

THIS case was tried before Judge Doolittle, June term, 1818, on the general issue.

Verdict for plaintiff.

Exceptions as follows :

The plaintiff offered to prove, by witnesses, that the road in question, had been *used for a public highway* for twelve or thir-teen years previous to the time of trial.

To this evidence the defendant objected, contending that plaintiff ought to shew either a record of the laying out and surveying of the road, or an use of the same, as a public high-way, for fifteen years previous to the damage complained of.

Objection over-ruled, and witness testified, the road had been used for a public highway, for twelve or thirteen years.

The Judge charged the Jury, that if they found the road in question, had been used as a public highway, for twelve or thir-teen years, they ought to find the same to be a public highway within the perview of the Statute.

On this bill of exceptions the Court determined that a mere use of a road, by common travel, would not make it a public highway ; but, that some act of the town, by their officers re-cognizing the road to be a public highway, was necessary, as by describing the road in the rate-bill and warrant issued to the highway surveyors.